**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DASHONE MARCEL REYNOLDS** | **DOCKET NO. 6:24-CV-00767** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **TRAVIS DAY, ET AL** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be DISMISSED WITH PREJUDICE as frivolous.

**THUS DONE AND SIGNED** in chambers this 28th day of March, 2025.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**